RECEIVED
JUN 15 2016
U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DISTRICT

| | |
|---|---|
| LISA SCHWEPPE and<br>JILLIAN ZURMUEHLEN,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF PINE LAWN, MISSIOURI, and<br>STEVEN BLAKENEY<br><br>           Defendants. | No. 4:16-cv-002530-JAR |

## MOTION FOR STAY IN PROCEEDINGS

Defendant Steven Blakeney, through Pro Se, hereby submit to this honorable court the following Motion for Stay Of Proceedings.

1. Defendant Blakeney is acting Pro Se before this honorable court.

2. Defendant Blakeney at this time is unable to afford a private attorney to represent him during this proceeding, and recognizes this matter before this honorable court requires considerable knowledge of civil procedure and rules of law.

3. Defendant Blakeney is currently on home incarceration from a unrelated legal matter, which prohibits Defendant Blakeney from working and earning an income to pay for an attorney, to represent him in this proceeding.

4. Defendant Blakeney while on home incarceration has insufficient material to research law pertaining to this matter, and is unable to retrieve the necessary research material while on home incarceration.

5. Defendant Blakeney contacted Plaintiffs attorney [June 9th ] via email to conference proposed scheduling dates, Plaintiffs failed to respond.

6. Defendant Blakeney contacted Defendant City of Pine Lawn attorney via email to conference proposed scheduling dates, Defendant Blakeney received a response, stating in part [ I do recommend you find an attorney who can help you with the case]

7. Defendant Blakeney acting Pro Se, would not be able to properly and accurately meet proposed scheduling plans filed by both Plaintiffs and Defendant City of Pine Lawn attorneys.

8. Defendant Blakeney lacks access to obtain/retrieve pertinent and exculpatory information relative to his defense in this matter, while on home incarceration and no attorney due to financial constraints.

9. A stay would ensure Defendant Blakeney right to due process.

10. A federal district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681 706 (1997). Accord Sierra Club v. United States Army Corps. Of Eng'rs, 446F.3d 808, 816 (8th Cir. 2006).

**WHEREFORE** Defendant Blakeney prays that this honorable court grant Defendant Blakeney a stay of proceedings until January 4th 2017 and such other relief as is just and proper.

Respectfully Submitted,

Acting Pro Se
Steven Blakeney
1804 Prescott Ridge
St.Charles, Mo 63303
314-740-8539