UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA SCHWEPPE and <br> JILLIAN ZURMUEHLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PINE LAWN, MISSOURI and <br> STEVEN BLAKENEY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:16-cv-00253-JAR <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel. (Doc. 108.) The Court held a hearing on the record at which Plaintiffs and Defendant City of Pine Lawn appeared by counsel and Defendant Steven Blakeney appeared by telephone, pro se.

In accordance with the rulings on the record,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel is **GRANTED**. Defendant Pine Lawn shall produce to Plaintiffs the records responsive to Plaintiffs' Second Request for Production.

Dated this 16th day of February, 2018.

                                              *John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**