## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LISA SCHWEPPE and<br>JILLIAN ZURMUEHLEN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PINE LAWN, MISSOURI and<br>STEVEN BLAKENEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 4:16-cv-00253-JAR<br>)<br>)<br>)<br>)<br>)  |

## NOTICE OF SETTLEMENT

PLEASE be advised that a settlement has been reached in the above-styled case between Plaintiffs and Defendant Pine Lawn. It is expected that the parties will execute all necessary paperwork on or before September 22, 2018, at which time Plaintiffs will dismiss both Defendants in this case.

Dated:  September 13, 2018                     Respectfully submitted,

By: */s/ John M. Waldron*
Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Nathaniel R. Carroll (MBE #67988MO)
John M. Waldron (MBE #70401MO)
Sima Atri (MBE #70489MO)
**ARCHCITY DEFENDERS, INC.**
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Tel: (855) 724-2489
Fax: (314) 925-1307
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
ncarroll@archcitydefenders.org
jwaldron@archcitydefenders.org
satri@archcitydefenders.org
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that notice of filing and a true and correct copy of the foregoing was served on all parties of record via this Court's ECF/PACER notification system and served by United States Mail (where applicable), on this 13th day of September, 2018:

  ****SPECIAL MAIL****
  Steven Blakeney #42856-044
  FCI Elkton
  P.O. BOX 10
  LISBON, OH 44432
  *Defendant Pro Se*

                 /s/ *John M. Waldron*