# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LISA SCHWEPPE and<br>JILLIAN ZURMUEHLEN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PINE LAWN, MISSOURI and<br>STEVEN BLAKENEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Cause No. 4:16-cv-00253-JAR<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Lisa Schweppe and Jillian Zurmuehlen, by and through their counsel of record, and move to voluntarily to dismiss with prejudice all claims against Defendant Steven Blakeney in this matter. Each party shall bear its own attorneys' fees and costs.

Date submitted:  November 7, 2018

Respectfully submitted,
**ARCHCITY DEFENDERS, INC.**

By: /s/ *John M. Waldron*
    Blake A. Strode (MBE #68422MO)
    Michael-John Voss (MBE #61742MO)
    Nathaniel R. Carroll (MBE #67988MO)
    Sima Atri (MBE #70489MO)
    John M. Waldron (MBE #70401MO)
    440 North 4th Street, Ste. 390
    St. Louis, MO 63102
    (855) 724-2489 ext. 1021
    bstrode@archcitydefenders.org
    mjvoss@archcitydefenders.org
    ncarroll@archcitydefenders.org
    satri@archcitydefenders.org
    jwaldron@archcitydefenders.org
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that notice of filing and a true and correct copy of the foregoing was served on all parties of record via this Court's ECF/PACER notification system and served by United States Mail (where applicable), on this 7th day of November, 2018:

                                                /s/ *John M. Waldron*