IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA SCHWEPPE and JILLIAN ZURMUEHLEN,       )<br>)<br>Plaintiffs,                                                     )<br>)<br>v.                                                                       )<br>)<br>CITY OF PINE LAWN, MISSOURI and       )<br>STEVEN BLAKENEY,                                       )<br>)<br>Defendants.                                                  ) | Cause No. 4:16-cv-00253-JAR |

**PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE**

COME NOW Plaintiffs Lisa Schweppe and Jillian Zurmuehlen, by and through their counsel of record, and move to voluntarily dismiss with prejudice all claims against Defendant Pine Lawn in this matter. Each party shall bear its own attorneys' fees and costs.

Date submitted:  November 20, 2018

Respectfully submitted,
**ARCHCITY DEFENDERS, INC.**

By: /s/ *John M. Waldron*
    Blake A. Strode (MBE #68422MO)
    Michael-John Voss (MBE #61742MO)
    Nathaniel R. Carroll (MBE #67988MO)
    Sima Atri (MBE #70489MO)
    John M. Waldron (MBE #70401MO)
    440 North 4th Street, Ste. 390
    St. Louis, MO 63102
    (855) 724-2489 ext. 1021
    bstrode@archcitydefenders.org
    mjvoss@archcitydefenders.org
    ncarroll@archcitydefenders.org
    satri@archcitydefenders.org
    jwaldron@archcitydefenders.org
    *Attorneys for Plaintiffs*

So Ordered
*John A. Ross*
11/20/2018

1 of 2